# AFFIDAVIT OF SERVICE

UNITED STATES DISTICT COURT                                        CASE NO. 08 CV 5212
SOUTHERN DISTRICT OF NEW YORK

---

JOZEF DE JONGE AND SONJA DE JONGE,
                                                    *Plaintiff(s)*,

-against-

AIMCO 240 WEST 73RD STREET LLC, AIMCO 240 WEST 73RD
STREET CO-OWNER, LLC AND WOOGO NY, L.P.,
                                                    *Defendant(s)*,

---

State of New York)
County of New York)   ss.:

Edmanuel Torres, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside in Bronx County in the State of New York.

On **August 12th, 2008 at 2:40pm**, I personally served a true copy of a **Summons in a Civil Action, Complaint and Jury Demand.**

I, by personally delivering there at a true copy to a **Odilon Cedillo, Legal Clerk (Male, Light skin, Black hair, 25-30 years old, 5'6"-5'9", 230-260 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

**WOOGO NY LP**
**240 West 73rd Street**
**New York, New York 10023**

I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Wednesday, August 13, 2008          Process Server Signature

_____                    1244582
                                                   License Number

LISETTE REYES
Commissioner of Deeds
City of New York - No. 4-6822
Certificate Filed in Queens County
Commission Expires _____, 20__

lr