USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOZEF DE JONGE AND SONJA DE JONGE,

                              Plaintiffs,

   -against-

AIMCO 240 WEST 73RD STREET, LLC, AIMCO 240,
WEST 73RD STREET CO-OWNER, LLC, WOOGO
NY, L.P. AND GLOBAL HOTELS, INC.,

                              Defendants.

-----------------------------------------------------------------X

Civil Action

08 CV 5212
(Cedarbaum, J.)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the annexed Affirmation of Erik C. DiMarco, Esq, affirmed on November 3, 2009, 2009, the exhibits annexed thereto and the accompanying Memorandum of Law in Support, defendants AIMCO 240 WEST 73RD STREET LLC and AIMCO 240 WEST 73RD STREET CO-OWNER LLC, ("AIMCO") will move this Court at the United States Courthouse located at 500 Pearl Street, New York, NY 10007, on the 3rd day of December, 2009 at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel can be heard, for an Order pursuant to Fed. R. Civ. P. 14(a) granting AIMCO leave to serve and file a Third-Party Complaint sounding in breach of contract and indemnification, against WOOGO NY L.P. and GLOBAL HOTELS, INC., and for such other and further relief as this Court deems just and proper.

*Motion granted. For oral opinion, see record of proceedings.*
*So ordered.*

                                     *S/*
                                     *United States District Judge*
                                     *December 3, 2009*

RESPECTFULLY SUBMITTED.

Dated: New York, New York
November 3, 2009

                                               Yours, etc.

             WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

             By: _____
                  Erik C. Dimarco (ED1124)
                  Attorneys for AIMCO
                  150 East 42nd Street
                  New York, New York 10017-5639
                  (212) 490-3000
                  File No. 04494.00092

To: Robert K. Erlanger (RE 0886)
Erlanger Law Firm PLLC
Attorneys for Plaintiffs
100 Fifth Avenue, 14th Floor
New York, NY 10011-6903
(212) 686-8045

WOOGO NY LP
240 West 73rd Street
New York, NY 10023

GLOBAL Hotels, Inc
C/o 240 West 73rd Street
New York, NY 10023

3610142.1